UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 17-22204-CIV-RNS

VILMA ARACELY PEREZ a/k/a VILMA )
ARACELY CAAL BARAHONA, )
                                                      )
           Plaintiff,                        )
    vs.                                               )
                                                      )
JUAN IGNACIO PAIZ, )
ANNA ROSMARIE ROMERO DE PAIZ, )
                                                      )
           Defendants.                   )
_____

### PLAINTIFF'S AMENDED STATEMENT OF CLAIM

      Now comes the Plaintiff, by and through the undersigned, and files the above-described

Statement of Claim as follows:

### FLORIDA MINIMUM WAGE CLAIM

**Period Claimed: 6/13/12-12/31/12**
Weeks: 28weeks (rounded down)
Hours (worked per week:) 85 hours
State Minimum wage: $7.67/hr.
Wage paid: $2.94/hr
Wage owed: $4.73hr
Amount owed: $4.73/hr X 28 weeks X 85 hours = **$ 11,257.40**
Total wages unpaid and liquidated damages: **$11,257.40 X 2 = 22,514.80,** *exclusive of* **attorneys' fees and costs**

**Period Claimed: 1/1/13-12/31/13**
Weeks: 52
Hours (worked per week:) 85 hours
State Minimum wage: $7.79/hr.
Wage paid: $2.94/hr
Wage owed: $4.85/hr
Amount owed: $4.85/hr X 52 weeks X 85 hours = **$ 21,437.00**
Total wages unpaid and liquidated damages: **$21,437.00 X 2 = $42,874.00,** *exclusive of* **attorneys' fees and costs**

**Period Claimed: 1/1/14-12/31/14**
Weeks: 52

<u>Hours (worked per week:)</u> 85 hours
<u>State Minimum wage:</u> $7.93/hr.
<u>Wage paid:</u> $2.94/hr
<u>Wage owed:</u> $4.99/hr
<u>Amount owed:</u> $4.99/hr X 52 weeks X 85 hours = **$ 22,055.80**
<u>Total wages unpaid and liquidated damages:</u> **$22,055.80 X 2 = $44,111.60,** *exclusive of* **attorneys' fees and costs**

**Period Claimed: 1/1/15-10/1/16**
<u>Weeks:</u> 91
<u>Hours (worked per week:)</u> 85 hours
<u>State Minimum wage:</u> $8.05/hr.
<u>Wage paid:</u> $2.94/hr
<u>Wage owed:</u> $5.11/hr
<u>Amount owed:</u> $5.11/hr X 91 weeks X 85 hours = **$ 39,525.85**
<u>Total wages unpaid and liquidated damages:</u> **$39,525.85 X 2 = $79,051.70,** *exclusive of* **attorneys' fees and costs**

**Total Wages Unpaid and Liquidated Damages: $94,276.05 X 2 = $188,552.10,** *exclusive of* **attorneys' fees and costs**

*Plaintiff seeks all fees and costs under the FLSA. The above calculations do not account for fees and costs under the FLSA sought by Plaintiff.
**Plaintiff reserves the right to seek time and one-half damages for any other completely unpaid overtime hours should the facts adduced in discovery justify same.
*** Plaintiff reserves the right to seek minimum wage damages under the Florida Constitution. Plaintiff reserves Plaintiff's right to the extent Plaintiff's claim for Florida Minimum Wage overlaps Plaintiff's claim for Federal Minimum Wage payments to seek the higher of the two applicable rates.
**** Counts II[1]-VI of Plaintiff's First Amended Complaint include claims for Minimum Wage Violations as an alternative to Count I, Claim for Unpaid Wages under F.S. § 448.08 as an alternative to Count II, Breach of Contract, and Unjust Enrichment against Defendants, jointly and severally. Plaintiff seeks all damages in Counts II-VI including attorney's fees, costs, as well as all other damages recoverable by law under same.

---

[1] Plaintiff claims the hourly rate of an average of $8.64/hr. intended for only 40 hours of work a week based on the agreement by and between Plaintiff and Defendants, should a Court of competent jurisdiction and/or a Jury determine there to be a valid contact, which is herein disputed. Plaintiff reserves her right to argue to a Jury that the wages due and owing to her should be based on her hourly rate of $8.64/hr. intended for only 40 hours of work a week based on a disputed agreement and will request the factfinder (the Jury) ultimately determine her entitlement. In the alternative, to the extent Plaintiff's claim for Count I overlaps with Plaintiff's claim for Count II, Plaintiff's is claiming the higher of the two applicable rates. Plaintiff reserves the right to seek *additional* time and one-half damages for any other completely unpaid overtime hours should the facts adduced in discovery justify same. Plaintiff reserves the right to claim the higher of the two calculations and in no way waive said rights.

Respectfully submitted,

J. H. ZIDELL, P.A.
ATTORNEYS FOR PLAINTIFF
300-71ST STREET, SUITE 605
MIAMI BEACH, FLORIDA 33141
305-865-6766
305-865-7167

By:_s/ Neil Tobak, Esq. ___
Neil Tobak, Esquire
Florida Bar No.: 093940

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY THAT A TRUE AND CORRECT
COPY OF THE FOREGOING WAS PROVIDED VIA CM/ECF ON 7/13/17 TO:**

**ALL CM/ECF RECIPIENTS**

**BY:_____/s/ Neil Tobak_____
NEIL TOBAK, ESQ.**